UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AARON FRIEDMAN,                              Civil Action No.:

                Plaintiff,                 **COMPLAINT FOR
                                                                VIOLATIONS OF THE
                                                                TELEPHONE CONSUMER
                                                                PROTECTION ACT**

   -against-
                                                                **DEMAND FOR JURY TRIAL**

DIVERSIFIED CONSULTANTS, INC.,

                Defendant.
-------------------------------------------------------------X

     Plaintiff AARON FRIEDMAN ("Plaintiff"), by and through his attorneys, The Law Office of Alan J. Sasson, P.C., as and for his Complaint against the Defendant DIVERSIFIED CONSULTANTS, INC., hereinafter referred to as Defendant, respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

    1.     Plaintiff brings this action on his own behalf for damages and declaratory and injunctive relief arising from the Defendant's violation(s) under Title 47 of the United States Code, §227 commonly known as the Telephone Consumer Protection Act (TCPA).

## PARTIES

    2.     Plaintiff is a resident of the State of New York, County of Kings, residing in Brooklyn, New York.

    3.     Defendant DIVERSIFIED CONSULTANTS, INC. is a Florida corporation engaged in the business of debt collection with its address at 10550 Deerwood Park, Boulevard, #309, Jacksonville, Florida 32256.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this matter pursuant to 28 USC §1331.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

6. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "5" herein with the same force and effect as if the same were set forth at length herein.

7. On information and belief, on a date better known to Defendant, Defendant began its campaign of communicating with the Plaintiff via the use of an automated telephone dialing system and prerecorded messages from approximately September through November of 2013 by calling his cell phone number of (347)592-4878 numerous times.

8. The Defendant called from numerous phone numbers, all of which numbers belongs to Defendant.

9. The Plaintiff never gave the Defendant his prior, express permission to call his cell phone via the use of an automated telephone dialing system.

10. Plaintiff had no wish to be contacted on his cell phone via the use of an autodialer, and expressly directed Defendant to stop calling his cell phone number on numerous occasions.

11. By placing auto-dialed calls and prerecorded messages to the Plaintiff's cell phone, the Defendant violated 47 USC §227(b)(A)(iii) which prohibits using any automated telephone dialing system or an artificial prerecorded voice to any telephone

number assigned to a cellular telephone service when calling to the plaintiff's cell phone.

11. The Defendant therefore willfully violated the TCPA numerous times by placing calls to the Plaintiff's cell phone without her prior, express consent.

## FIRST CAUSE OF ACTION
*(Violations of the TCPA)*

12. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "11" herein with the same force and effect as if the same were set forth at length herein.

13. Defendant's debt collection efforts attempted and/or directed towards the Plaintiff violated various provisions of the TCPA, including but not limited to 47 USC §227(b)(A)(iii).

14. As a result of Defendant's violations of the TCPA, Plaintiff has been damaged and is entitled to damages in accordance with the TCPA.

## DEMAND FOR TRIAL BY JURY

15. Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant as follows:

A. For mandatory statutory damages of $500 each provided and pursuant to 47 USC §227(c)(2)(G)(3)(B), for all calls placed to the Plaintiff's cellular phone;

B. Plaintiff requests enhanced trebled damages of $1,500 to be awarded

to the Plaintiff per call, in accordance with the TCPA, for the Defendant's willful violations of the TCPA;

        C.    For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:     New York, New York
             July 22, 2014

                          Respectfully submitted,

                          LAW OFFICE OF ALAN J. SASSON, P.C.

                          By: /s/ Yitzchak Zelman_____
                          Yitzchak Zelman, Esq. (YZ5857)
                          ATTORNEYS FOR PLAINTIFF
                          1669 East 12 Street
                          Brooklyn, New York 11229
                          Phone: 718-339-0856
                          Fax: 347-244-7178
                          Email: yzelman@Sassonlaw.com